IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,                    No. 2:10-cv-00891 JAM KJN

    vs.

BANK OF AMERICA

    Defendant.               ORDER

_____/

        Plaintiff is proceeding without counsel.  Plaintiff has filed an informa pauperis affidavit in which she states that she receives $4,588 in take-home pay or wages per month, and that she has $624,533.00 in cash or in a checking or savings account.

        Pursuant to federal statute, a filing fee of $350 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor" by a person that is unable to pay such fees. 28 U.S.C. § 1915(a).  The amount of plaintiff's earnings shows that plaintiff is able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency with regard to payment of the initial filing fee.  See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Cf. Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339

1

1  (1948).[1] Plaintiff will therefore be granted twenty days in which to submit the appropriate filing
2  fee to the Clerk of Court. Plaintiff is cautioned that failure to pay the fee will result in a
3  recommendation that the application to proceed in forma pauperis be denied and the instant
4  action be dismissed without prejudice.
5         Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
6  of this order, plaintiff shall submit the appropriate filing fee.
7  DATED: April 19, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court reserves judgment on plaintiff's requested in forma pauperis status for the remainder of the case subject to additional financial information that plaintiff may choose to file.