IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

     Plaintiff,                        No. 2:10-cv-00891 JAM KJN

    vs.

BANK OF AMERICA

     Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is proceeding without counsel. Plaintiff filed a document on April 26, 2010, that requests "a motion to set a court date" in her civil case. (Dkt. No. 4.) This document did not specify the court date sought and did not specify the relief plaintiff seeks.

        If plaintiff desires to file a motion on a particular issue, she may contact the undersigned's courtroom deputy clerk to set that matter on the court's calendar. Plaintiff is cautioned, however, that pursuant to the Federal Rules of Civil Procedure and Eastern District of California's Local Rules, a request for a court order must, among other things, be made by motion which shall (1) state with particularity the grounds for seeking the court order and

////

////

////

1

(2) state the relief sought. Fed. R. Civ. Proc. 7(b).[1]  Additionally, plaintiff must comply with those rules' procedural requirements.  See e.g., Local Rule 230(b) ("The moving party shall file a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence that the moving party intends to submit in support of the motion.")

For the foregoing reasons, this motion is DENIED.

DATED:  May 19, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court also notes that plaintiff has not yet served defendant with her complaint, as required by Federal Rule of Civil Procedure 4, although the time for such service has not yet expired.

2